IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNA E. PARKER, *et at.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 18-00234-KD-B |
| RANDY LEE MORTON, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and no objections having been filed,[1] the Report and Recommendation of the Magistrate Judge (Doc. 35) made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(S), and dated October 26, 2018, is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that Plaintiffs' Motion for Voluntary Dismissal without Prejudice (Doc. 29) is GRANTED and Defendants Georgia Farm Bureau Mutual Insurance Company and State Farm Mutual Automobile Insurance Company are dismissed without prejudice from this action.

DONE and ORDERED this the 19th day of November 2018.

> /s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Defendant Georgia Farm Bureau Mutual Insurance Company filed a response to the Report and Recommendation, wherein it notifies the Court of its intent to intervene in the action (doc. 36). However, should Defendant successfully intervene, the issue of diversity will have to be revisited.