# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BERNA E. PARKER and BEVERLY D. WALL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Civil Action No. 18-00234-KD-B |
| RANDY LEE MORTON, | ) ) ) |
| Defendant. | ) |

## ORDER

This action came before the Court for jury selection and trial beginning March 2, 2021 with Chief United States District Judge Kristi K. DuBose presiding.[1] The jury was sworn and trial commenced that same day.

Plaintiffs Berna E. Parker and Beverly D. Wall presented their case-in-chief and rested on March 3, 2021. The parties gave their closing arguments. The Court instructed the jury on the applicable law and the jury began their deliberations.

On the afternoon of March 3, 2021, the jury, having heard the evidence, the arguments of counsel, the Court's instructions, and considered the same upon their oaths, deliberated and returned their verdict, a copy of which is attached hereto, in open court with counsel and parties present. By separate document, the Court will enter judgment in accordance with the verdict.

Post-trial motions shall be filed in accordance with the Federal Rules of Civil Procedure.

DONE and ORDERED this the 3rd day of March 2021.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Before jury selection began, the Court heard the parties on Plaintiffs' motion in limine (doc. 93). For reasons set forth on the record, the motion was DENIED.