IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BERNA E. PARKER and** <br> **BEVERLY D. WALL,** <br><br> Plaintiffs, <br><br> vs. <br><br> **RANDY LEE MORTON,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 18-00234-KD-B <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the verdict of the jury, issued March 3, 2021, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Plaintiff Berna E. Parker and against Defendant Randy Lee Morton in the amount of $ 25,000.00, and it is further ORDERED and DECREED that JUDGMENT is entered in favor of Plaintiff Beverly D. Wall and against Defendant Randy Lee Morton in the amount of $ 60,000.00.

DONE and ORDERED this the 3rd day of March 2021.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**