IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNA E. PARKER and BEVERLY D. WALL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Civil Action No. 18-00234-KD-B |
| RANDY LEE MORTON, | ) ) ) |
| Defendant. | ) |

ORDER

This action is before the Court on Plaintiffs Berna E. Parker and Beverly D. Wall's Motion to Alter or Amend Final Judgment and memorandum in support (doc. 111). Upon consideration and for the reasons set forth herein, the Motion is denied.

According to 28 U.S.C. § 1961(a) "Interest shall be allowed on any money judgment in a civil case recovered in a district court." The statute also sets out the method for calculating the interest. Specifically, "[s]uch interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." Since Plaintiffs have obtained a "money judgment in a civil case recovered in a district court", they are statutorily entitled to an allowance of this interest.

According to Fed. R. Civ. P. 54(d), "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees--should be allowed to the prevailing party. …" As prevailing parties, and without indication of a statute, rule, or court order which provides otherwise, the Plaintiffs are entitled to costs. See also S.D. Ala. Civ. L.R. 54.

DONE and ORDERED this the 13th day of April 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE